JOHN E. PEER - State Bar No. 95978
jpeer@wpdslaw.com
DOUGLAS R. GREER - State Bar No. 129987
dgreer@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 629-1600
Facsimile: (213) 629-1660

Attorneys for
A-ONE COMMERCIAL INSURANCE
RISK RETENTION GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CLEAN TRUCKS, INC.; FRANCISCO JESUS ARRIERAN, an individual; ALAIN MONTOYA ARBOLEDA, an individual; and MICHAEL HONG LE, an individual,<br><br>Defendants. | Case No.: 8:20-cv-01929-CJC(ADSx)<br><br>Assigned to Judge, Cormac J. Carney; Magistrate Judge, Autumn D. Spaeth<br><br>**RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE** |

Plaintiff A-One Commercial Insurance Risk Retention Group, Inc. ("A-One") responds as follows to the Court's Order to Show Cause Re: Dismissal for Lack of Prosecution [Doc. #24]:

This is an action for declaratory relief.  It arises out of a bodily injury claim asserted by defendant Michael Hong Le against defendants United Clean Trucks ("UCT"), and Alain Montoya Arboleda ("Arboleda") in Los Angeles County Superior Court  Case No. 20STCV28278. ) Plaintiff A-ONE issued Motor Carrier Liability Insurance Coverage policy A-ONE 2019-2295 to UCT covering the period from April

1, 2019 to April 1, 2020. A-ONE contends that because the vehicles involved in the *Le* accident were not "Specifically Described 'Autos'" as required in A-One's policy, the provisions of A-One's policy preclude any duty to defend Arboleda, UCT or its owner and sole officer Francisco Arrieran for any of the claims alleged in the Underlying Action. A-ONE further believes that the failure of UCT to cooperate in the investigation and defense of the Underlying action further precludes any obligation to defend or indemnify any party under the policy.

Plaintiff filed its complaint in the present action on October 6, 2020. [Doc. #1.] The summons and complaint were served on Defendant Francisco Jesus Arrieran on October 16, 2020. [Docs. #16 and #23.] Pursuant to Federal Rules of Civil Procedure, Rule 12 (A) defendant Arrieran's answer was due on November 6, 2020.

Plaintiff served the summons and complaint on defendant United Clean Trucks, Inc. on November 9, 2020. [Docs. #16 and #25]  Pursuant to the Court's Order of November 19, 2020, United Clean Truck, Inc.'s answer was due on December 10, 2020. [Doc. # 19.]

After several attempts to serve Defendant's Le and Arboleda at their last known addresses, plaintiffs filed Declarations of Due Diligence for both defendants. (Docs. #17 and #18.) On November 20, 2020, the Court issued an Order to Show Cause Re Partial Dismissal of Action. [Doc. # 20.]

On November 25, 2020, Plaintiff filed its Request for Entry of Default of Defendant Arrieran. [Doc. # 21.] However, on November 30, 2020, the Court issued a Notice of Deficiency re Plaintiff's Request for Entry of Default, as the proof of service of summons filed by plaintiff did not reference the statute approving the method of service. [Doc. # 22.] On December 7, 2020, Plaintiff filed a revised proof of service of summons on Defendant Arrieran. [Doc. # 23.]

On December 15, 2020, the Court issued its present Order To Show Cause Re Dismissal For Lack Of Prosecution. [Doc. # 24.] On December 18, 2020, Plaintiff filed a revised proof of service of summons on United Clean Trucks, Inc. [Doc. # 25.]

Additionally, defendant Michael Hong Le was finally served with the summons and complaint on December 18, 2020, after a new address for him was discovered through internet investigation. [Doc. # 26.] Mr. Le's answer is due on January 8, 2020, pursuant to Federal Rules of Civil Procedure, Rule 12 (A).

As neither Defendant Francisco Jesus Arrieran nor Defendant United Clean Trucks, Inc. have made an appearance in this action, Plaintiff filed a Request for Entry of Default for both defendants on December 21, 2020. [Doc. # 27.]

Plaintiff, in order to have all parties to the underlying action bound by the Court's ruling regarding insurance coverage for the claims asserted therein, has made further attempts to serve Defendant Arboleda. However, he has not been located at the addresses Plaintiff has obtained.

As Defendant Michael Hong Le has now been located and served, Plaintiff asks that he not be dismissed from this action. Further, since the 90-day period for service has not expired, and in the interests of bringing all of the pertinent individuals into this action, Plaintiff requests that the Court defer the dismissal of Defendant Arboleda and allow Plaintiff to make further efforts to locate and serve him with the summons and complaint in this action.

Respectfully submitted,

December 22, 2020,

WOOLLS PEER DOLLINGER & SCHER
A Professional Corporation


/s/ Douglas A. Greer
JOHN E. PEER
DOUGLAS A. GREER
Attorneys for Plaintiff A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC.

3

794596.1                                                                                          [RESPONSE TO OSC RE DISMISSAL]