WALT PENNINGTON, SBN 214470
wpennington@pennfirm.com
Pennington Law Firm
3302 30th Street
San Diego, CA 92104-4535
Telephone: 619 940 6157

Attorney for Michael Le, Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC.<br><br>　　　Plaintiff<br><br>vs.<br><br>UNITED CLEAN TRUCKS, INC. ET. AL.<br><br>　　　Defendants | Case No.: 8:20-cv-01929-CJC(ADSx)<br><br>REQUEST FOR JUDICIAL NOTICE<br><br>Judge:　　　　　　Cormac J. Carney<br>Magistrate Judge:　Autumn D. Spaeth<br>Courtroom:　　　　9B<br><br>Hearing date:　February 8, 2021<br>Time:　　　　　1:30 p.m.<br><br>Action Filed:　October 6, 2020 |

　　　Plaintiffs through their attorney, request that the Court take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the following documents, statutes and regulations in support of Defendant Michael Le's motion to dismiss.

　　　The items requested to be noticed are relevant to in that it supports Defendant Michael Le's defenses and the relevance of the requested items to be noticed is set forth in the memorandum accompanying the motion to dismiss.

　　　1.　　That the Federal Motor Carrier Safety Administration ("FMCSA") is an agency of the United States Government.

2. That the FMCSA issued regulations requiring federal motor carriers to have an MCS-90 endorsement.

3. That the purpose of the FMCSA MCS-90 endorsement is to protect the public from injuries by motor carriers.

4. That Exhibit 2 is a copy of the docket of the Superior Court of California for Los Angeles County, for case number 20STCV28278 where Michael Le is a plaintiff and A-One Commercial Insurance Risk Retention Group, Inc. ("A-One") is an intervenor defending for its insured, United Clean Trucks, Inc. ("UCT").

5. That Plaintiff A-One referenced Superior Court case number 20STCV28278 in its complaint at paragraph 11 (ECF 1, ¶ 11). In the case, the plaintiff is Michael Le, the defendants are Alain Montoya Arboleda ("Arboleda") and UCT and A-One is an intervenor.

Respectfully Submitted

January 8, 2021
/s/     Walt Pennington
Pennington Law Firm
3302 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com
*Attorneys for Plaintiffs*