**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC.<br><br>Plaintiff<br><br>vs.<br><br>UNITED CLEAN TRUCKS, INC. ET. AL.<br><br>Defendants | Case No.: 8:20-cv-01929-CJC(ADSx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MICHAEL LE'S MOTION TO DISMISS<br><br>Judge: Cormac J. Carney<br>Magistrate Judge: Autumn D. Spaeth<br>Courtroom: 9B<br><br>Hearing date: February 8, 2021<br>Time: 1:30 p.m.<br><br>Action Filed: October 6, 2020 |

This Court having considered Defendant Michael Le's motion to dismiss for the complaint of Plaintiff A-One Commercial Insurance Risk Retention Group, Inc. ("A-One") for failure to state a claim, and the opposition, reply and any requests for judicial notice,

IT IS HEREBY FOUND, that Plaintiff A-One has no facts to support a current cause of action. The underlying case in the Superior Court oof California for Los Angeles County, case number 20STCT28278 is still pending and Plaintiff has no knowledge of the vehicle involved, even though it has had 15 months to identify that vehicle form police reports, records at the West Basin Container Terminal or other

sources.

IT IS HEREBY ORDERED, that Defendant Michael Le's motion to dismiss for failure to state a claim is granted and Plaintiff A-One's complaint is dismissed without prejudice.

Date:

Judge Cormac J. Carney