# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC.<br><br>    Plaintiff<br><br>vs.<br><br>UNITED CLEAN TRUCKS, INC. ET. AL.<br><br>    Defendants | Case No.: 8:20-cv-01929-CJC(ADSx)<br><br>[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND AWARDING ATTORNEY'S FEES TO DEFENDANT MICHAEL LE<br><br>Judge:                      Cormac J. Carney<br>Magistrate Judge:  Autumn D. Spaeth<br>Courtroom:              9B<br><br>Hearing date:  April 26, 2021<br>Time:              1:30 p.m.<br><br>Action Filed:  October 6, 2020 |

This Court having considered Plaintiff A-One Commercial Insurance Risk Retention Group, Inc. ("A-One") motion to dismiss with prejudice and the opposition of Michael Le ("Le") and request for attorney's fees and costs.

ORDERED, that the motion is granted is and this case is dismissed with prejudice. It is also ORDERED that Defendant A-One _____ is

/ / /

/ / /

/ / /

1 ordered pay Defendant Michael Le _____, the amount
2 of $11,855.35 _____ for attorney's fees and costs within _____ 10 days.
3 Date:

5 Judge Cormac J. Carney