# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED CLEAN TRUCKS, INC., FRANCISCO JESUS ARRIERAN, ALAIN MONTOYA ARBOLEDA, and MICHAEL HONG LE, <br><br> Defendants. | Case No.: SACV 20-01929-CJC(ADSx) <br><br><br> JUDGMENT |

This matter came before the Court on Plaintiff's motion for default judgment. On June 24, 2021, the Court granted Plaintiff's motion in substantial part. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff for declaratory relief that (1) Plaintiff has no obligation under the Policy to defend UCT or Arrieran in the Underlying Action and (2) Plaintiff is entitled to

-1-

reimbursement of $750,000 from UCT and Arrieran for the settlement with Le in the Underlying Action pursuant to the MCS-90 or DMV-67 endorsements.

DATED: June 24, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**